United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 17-01611-HWV
Mitchell B. Cluck  Chapter 13
Joanne L. Cluck
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 14, 2020     Form ID: fnldec     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Mitchell B. Cluck, Joanne L. Cluck, 810 Marie Avenue, Lewisberry, PA 17339-9104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | * | Joanne L. Cluck, 810 Marie Avenue, Lewisberry, PA 17339-9104 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Harry B. Reese | on behalf of Creditor WELLS FARGO FINANCIAL PENNSYLVANIA INC. bankruptcy@powerskirn.com |
| James Warmbrodt | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bkgroup@kmllawgroup.com |
| James M Bach | on behalf of Debtor 1 Mitchell B. Cluck JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| James M Bach | on behalf of Debtor 2 Joanne L. Cluck JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |

Jill Manuel-Coughlin
                    on behalf of Creditor WELLS FARGO FINANCIAL PENNSYLVANIA  INC. bankruptcy@powerskirn.com

United States Trustee
                    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Mitchell B. Cluck,<br>**Debtor 1**<br>Joanne L. Cluck,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:17−bk−01611−HWV |

Social Security No.:
xxx−xx−0153    xxx−xx−5573

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 14, 2020

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)